UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY JONES,

    Plaintiff,

-vs-

STERLING JEWELERS INC. D/B/A KAY
JEWELERS AND GENESIS CARD       CASE NO.: 8:18-CV-01092-JDW-AEP
SERVICEs, INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Terry Jones, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email to: Charles E. Stoecker, Esq., MCGLINCHEY STAFFORD, 1 East Broward Boulevard, Suite 1400, Ft. Lauderdale, FL 33301, (cstoecker@mcglinchey.com). Harijot S. Khalsa, Esq., SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618 (hkhalsa@sessions.legal). Dayle M. Van Hoose, Esq., SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618, (dvanhoose@sessions.legal).

Dated: 10 day of August, 2018.

*/s/ John C. Distasio*
John C. Distasio, Esquire
Florida Bar No.: 096328
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile:  (813) 257-0571
Primary Email: JDistasio@ForThePeople.com
Secondary Email: Cheyennereed@ForThePeople.com
*Attorney for Plaintiff*