UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY JONES,

    Plaintiff,

-vs-                                      CASE NO.:  8:18-cv-01092-JDW-AEP

STERLING JEWELERS INC. D/B/A KAY
JEWELERS AND GENESIS FS CARD
SERVICES, INC.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** Plaintiff, Terry Jones, and Defendants, Sterling Jewelers Inc. D/B/A Kay Jewelers and Genesis FS Card Services, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 12th day of October, 2018.

| | |
|---|---|
| /s/ John C. Distasio | /s/ Charles E. Stoecker |
| John C. Distasio, Esquire | Charles E. Stoecker, Esq., |
| Florida Bar No.: 096328 | MCGLINCHEY STAFFORD, |
| Morgan & Morgan, Tampa, P.A. | 1 East Broward Boulevard, Suite 1400, |
| One Tampa City Center | Fort Lauderdale, FL 33301, |
| 201 North Franklin Street, 7th Floor | cstoecker@mcglinchey.com |
| Tampa, Florida 33602 | |
| Telephone: (813) 223-5505 | |
| Facsimile:  (813) 257-0571 | |
| JDistasio@ForThePeople.com | |
| Cheyennereed@ForThePeople.com | |
| *Attorney for Plaintiff* | |

*/s/ Dayle M. Van Hoose*
Dayle M. Van Hoose, Esq.,
SESSIONS, FISHMAN, NATHAN &
ISRAEL, L.L.C.,
3350 Buschwood Park Drive, Suite 195,
Tampa, FL 33618,
 dvanhoose@sessions.legal