UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TERRY JONES,**

    **Plaintiff,**

v.                                              Case No. 8:18-cv-01092-T-27AEP

**STERLING JEWELERS INC. D/B/A/
KAY JEWELERS AND GENESIS CARD
SERVICES, INC.,**

    **Defendants.**
_____/

**ORDER**

    **BEFORE THE COURT** is the Joint Stipulation of Dismissal with Prejudice (Dkt. 23). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All pending motions are **DENIED** *as moot*. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 12th day of October, 2018.

                                               */s/ James D. Whittemore*

                                               **JAMES D. WHITTEMORE**
                                               **United States District Judge**

Copies to: Counsel of Record